

10-40683

**B & G SUPPLY, INC. - ALBERTVILLE, AL**          081887

EMPLOYEE EARNINGS STATEMENT AND DEDUCTIONS-DETACH AND RETAIN FOR YOUR RECORDS
NON-NEGOTIABLE

| EMPLOYEE NUMBER | SOCIAL SECURITY NUMBER | EMPLOYEE NAME | CHECK NUMBER | DATE MO. DAY YR. |
|---|---|---|---|---|
| 154 | ███-7963 | BARNETT, V. MICHELLE | 81887 | 2/05/10 |

| HOURS | | CURRENT EARNINGS | | | | NET PAY |
|---|---|---|---|---|---|---|
| REG. | O/T | REGULAR | OVERTIME | OTHER | GROSS | |
| 40.00 | 2.30 | 430.00 | 37.09 | .00 | 467.09 | $ 143.40 |

| TAXES | | | | | DEDUCTIONS 401-K U. |||| |
|---|---|---|---|---|---|---|---|---|---|
| FEDERAL | F.I.C.A. | STATE | S.U.I. | CITY | HOSP. INS. | LIFE INS. | MISC. | OTHER | OTHER |
| 37.06 | 32.06 | 15.00 | .00 | | 48.00 | 11.55 | 150.00 | 28.02 | 2. |

| YEAR TO DATE | | | | | |
|---|---|---|---|---|---|
| GROSS PAY | FED. INCOME TAX | F.I.C.A. | STATE TAX | S.U.I. | CITY TAX |
| 2491.85 | 216.99 | 172.25 | 83.99 | .00 | |

**B & G SUPPLY, INC. - ALBERTVILLE, AL**          081961

EMPLOYEE EARNINGS STATEMENT AND DEDUCTIONS-DETACH AND RETAIN FOR YOUR RECORDS
NON-NEGOTIABLE

| EMPLOYEE NUMBER | SOCIAL SECURITY NUMBER | EMPLOYEE NAME | CHECK NUMBER | DATE MO. DAY YR. |
|---|---|---|---|---|
| 154 | ███-7963 | BARNETT, V. MICHELLE | 81961 | 2/12/10 |

| HOURS | | CURRENT EARNINGS | | | | NET PAY |
|---|---|---|---|---|---|---|
| REG. | O/T | REGULAR | OVERTIME | OTHER | GROSS | |
| 40.00 | 1.30 | 432.00 | 21.06 | .00 | 453.06 | $ 133.83 |

| TAXES | | | | | DEDUCTIONS 401-K U. |||| |
|---|---|---|---|---|---|---|---|---|---|
| FEDERAL | F.I.C.A. | STATE | S.U.I. | CITY | HOSP. INS. | LIFE INS. | MISC. | OTHER | OTHER |
| 35.08 | 30.98 | 14.44 | .00 | | 48.00 | 11.55 | 150.00 | 27.18 | 2. |

| YEAR TO DATE | | | | | |
|---|---|---|---|---|---|
| GROSS PAY | FED. INCOME TAX | F.I.C.A. | STATE TAX | S.U.I. | CITY TAX |
| 2944.91 | 252.07 | 203.23 | 98.43 | .00 | |