# Notice Recipients

District/Off: 1126−1     User: acurvin     Date Created: 3/10/2010
Case: 10−40683−JJR7     Form ID: b9a     Total: 16

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Michelle Barnett | P.O. Box 2458 | Albertville, AL 35950 | | |
| tr | Rocco J Leo | Leo and O'Neal | 3250 Independence Drive, Ste 201 | Birmingham, AL 35209 | |
| aty | Steven Vincent Smith | PO Box 363 | Albertville, AL 35950 | | |
| smg | Robert Landry | BA Anniston | 1129 Noble Street | Room 117 | Anniston, AL 36201 |
| 6328391 | Chase Mortgage | P.O. Box 9001871 | Louisville, KY 40290 | | |
| 6328392 | Citifinancial | P.O. Box 6931 | The Lakes, NV 88901 | | |
| 6328393 | Cooks Pest Control | P.O. Box 128 | Albertville, AL 35950 | | |
| 6328394 | ER Solutions | P.O. Box 9006 | Renton, WA 98057 | | |
| 6328395 | Franklin Collections | 2978 W. Jackson Street | Tupelo, MS 38803 | | |
| 6328396 | GMAC | P.O. Box 9001951 | Louisville, KY 40290 | | |
| 6328397 | HSBC | P.O. Box 4155 | Carol Stream, IL 60197 | | |
| 6328398 | Huntsville Hospital | 101 Sivley Road | Huntsville, AL 35801 | | |
| 6328399 | Pediatric Gatro Associates | 303 Williams Avenue SW | Suite 1021 | Huntsville, AL 35801 | |
| 6328400 | RAB, Inc | P.O. Box 34111 | Memphis, TN 38184 | | |
| 6328401 | Sand Mountain Pest Management | 694 AL Hwy 75 N | Albertville, AL 35951 | | |
| 6328402 | Weathers | P.O. Box 457 | Albertville, AL 35950 | | |

TOTAL: 16