**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION**

| | |
|---|---|
| Michelle Barnett, <br>   Debtor. <br> <br> JPMorgan Chase Bank, N.A., <br>   Movant. <br> <br> _____ <br> Name of Creditor or Claimant, if Different from Movant | ) <br> ) <br> )    Bankruptcy Case No. 10-40683-JJR-7 <br> ) <br> ) <br> ) <br> ) |

**FACT SUMMARY FOR MOTION FOR RELIEF
FROM AUTOMATIC STAY IN CHAPTER 7 AND 13 CASES**

Date and Type of Loan/Credit Transaction:    October 27, 2006    and    Farm Loan

Type of Collateral:    Real Estate

Purchase Price:      Monthly Payment: $595.73

Amount Financed:    $68,366.00    APR or Interest Rate: 6.7500%

Term of Loan:    _____ months or    30    years

Payoff Amount: (approximately)    $70,016.22    as of    03-15-10    (Date)

Value of Collateral and Basis:    $72,800.00    (Value) as of    03-15-10    (Date) and    Tax Assessor of Marshall County    (Basis)

Delinquent Arrearage:
     What Month(s)?    September 09 – March 10
     Amount:    $4,056.85
     Claim Filed?    ___ Yes or _X_ No
     Date Claim Filed:

If Lease, Lease Expiration Date:    n/a
If Terminated, Lease Termination Date:    n/a

Insurer of Collateral:
Term of Insurance:      (Expiration Date)

Prior Stay Order(s) Involving Movant Including Current Case: ___ Yes or _X_ No
     If yes, give case number(s) and date(s) of order(s):
     Case No.: _____ Date: _____
     Case No.: _____ Date: _____

Debtors' Statement of Intention:    surrender

Date: March 16, 2010      Submitted By: /S/STEVEN J. SHAW
                                                   STEVEN J. SHAW